UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



|  |  |
|---|---|
| XI CHEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-686 (RBW) |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| Department of Homeland Security, et al. ) | |
| ) | |
| Respondents. ) | |

### ORDER

On April 14, 2006, the petitioner filed a Petition for a Writ of Habeas Corpus and Complaint for Declaratory Relief. Accordingly, it is hereby this 26th day of April, 2006,

**ORDERED** that the respondents shall show cause by May 11, 2006, why the petitioner's petition should not be granted.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge

1