UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XI CHEN, | ) |
|       Petitioner, | ) |
|       v. | ) Civil Action No. 06-686 (RBW) |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security, et al. | ) |
|       Respondents. | ) |

**ORDER**

On April 14, 2006, the petitioner filed a Petition for a Writ of Habeas Corpus and Complaint for Declaratory Relief. And on May 9, 2006, in response to the petition, the respondents filed a motion to dismiss. The petitioner has not filed an opposition to that motion. Accordingly, it is hereby this 30st day of May, 2006,

**ORDERED** that the petitioner shall show cause by June 9, 2006, why the respondents' motion should not be granted. Failure to respond to this order will result in the respondents' motion being granted.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge