UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XI CHEN, </br></br> Petitioner, </br></br> v. </br></br> MICHAEL CHERTOFF, Secretary, </br> Department of Homeland Security, et al. </br></br> Respondents. | Civil Action No. 06-686  (RBW) |

### ORDER

On April 14, 2006, the petitioner filed a Petition for a Writ of Habeas Corpus and Complaint for Declaratory Relief.  And on May 9, 2006, in response to the petition, the respondents filed a motion to dismiss.  The petitioner failed to file an opposition to the respondents' motion within the time prescribed by Local Rule 7(b), which provides that "[w]ithin 11 days of the date of service . . . an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion."  LCvR 7(b).  Accordingly, this Court, on May 30, 2006, issued an order for the petitioner to show cause by June 9, 2006, why the respondents' motion should not be granted.  May 30, 2006 Order.  That same order noted that failure to respond will result in the respondents' motion being granted.  Id.  The petitioner has not filed a response to either the motion to dismiss or this Court's May 30, 2006 Order.  Accordingly, it is hereby this 13th day of June, 2006,

**ORDERED** that the respondents' motion to dismiss is **GRANTED**.

**SO ORDERED.**

REGGIE B. WALTON
United States District Judge